JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THADDEUS J. CULPEPPER,<br>　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES, et al.,<br>　　　Defendants. | CV 22-3766 DSF (JCx)<br><br>JUDGMENT |

　　The Court having dismissed this action pursuant to 28 U.S.C. § 1915A,

　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed with prejudice.

Date:  August 29, 2022

　　　　　　　　　　　　　　　　　　_Dale S. Fischer_
　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge